# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| United States of America, | Case No.: 20-cr-02614-JLS |
|---|---|
| Plaintiff, | |
| v. | **Order Granting Joint Motion to Continue Motion Hearing and Trial Setting Set for August 27, 2021 And To Exclude Time Under the Speedy Trial Act** |
| MARIA ISABEL PEREZ-AYALA, | |
| Defendant. | |

Having reviewed the Joint motion for a continuance, the motion is hereby **GRANTED.** The motion hearing/trial setting previously scheduled for August 27, 2021, is hereby continued to October 8, 2021, at 1:30 pm.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: August 18, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge