# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                                          Plaintiff,<br><br>v.<br><br>MARIA ISABEL PEREZ-AYALA,<br><br>                                          Defendant. | Case No.:  20-CR-02614-JLS<br><br>**Order Granting Joint Motion to Continue Motion Hearing and Trial Setting Set for December 17, 2021 And To Exclude Time Under the Speedy Trial Act** |

Having reviewed the Joint motion for a continuance, the motion is hereby **GRANTED.** The hearing previously scheduled for December 17, 2021, is hereby rescheduled for February 4, 2022, at 1:30 pm. Acknowledgment of the Court Date to be filed by Ms. Perez-Ayala before December 30, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  December 15, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge