UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                                    Plaintiff,<br><br>v.<br><br>MARIA ISABEL PEREZ-AYALA,<br><br>                                    Defendant. | Case No.:  20-cr-02614-JLS<br><br>**Order Granting Joint Motion to Continue Motion Hearing and Trial Setting Set for May 20, 2022 And To Exclude Time Under the Speedy Trial Act** |

Having reviewed the Joint motion for a continuance, the motion is hereby **GRANTED.** The motion hearing/trial setting previously scheduled for May 20, 2022, is hereby rescheduled for June 17, 2022 at 1:30 pm.  Defendant shall file an acknowledgement of the new hearing date by May 20, 2022.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:  May 18, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge