# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20cr02614-JLS |
| Plaintiff, | |
| v. | **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| MARIA ISABEL PEREZ-AYALA | |
| Defendants. | |

1. The United States of America and defendant jointly moved to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1) and (7).  For the reasons stated in the joint motion, incorporated by reference herein, the court finds good cause to exclude time due to pending motions and because the ends of justice served by granting the continuance in light of counsels' personal and health circumstances, the current public-health emergency, and in order for defendant to review the discovery in this case outweigh the best interest of the public and the defendant in a speedy trial.  Specifically, extensive discovery has been produced in this case, including over 600 pages of discovery since the last hearing.

2. Failure to grant the continuance would be likely to make a continuation of the proceeding impossible or result in a miscarriage of justice.  Failure to continue the

case would also likely put counsel, parties, witnesses, and Court personnel at unnecessary risk.

Accordingly, the Court finds that there are facts that support a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

THEREFORE, FOR GOOD CAUSE SHOWN:

3. The time period from the date of the parties' filing to September 9, 2022 is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(1) & (7).

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

Dated: August 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge